**STATE of Missouri, Respondent,**

v.

**Ricky DEAN, Appellant.**

No. WD 48290.

Missouri Court of Appeals, Western District.

June 21, 1994.

Richard A. Euler, Asst. Public Defender, St. Joseph, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Traci J. Sanders, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, C.J., and FENNER and HANNA, JJ.

### ORDER

PER CURIAM:

Appeal from conviction of stealing, § 570.-030, RSMo 1986, and from sentence of seven years' imprisonment.

Judgment affirmed pursuant to Rule 30.-25(b).

**Joyce E. GRIFFITH, f/k/a Joyce E. Barker, Respondent,**

v.

**Everett R. BARKER, Appellant.**

No. WD 48450.

Missouri Court of Appeals, Western District.

June 21, 1994.

Sharlie Pender, Independence, for appellant.

K. Martin Kuny, Independence, for respondent.

Before HANNA, P.J., and BRECKENRIDGE and ELLIS, JJ.

### ORDER

PER CURIAM.

Appeal by father from denial of motion to terminate child support.

Judgment affirmed. Rule 84.16(b).